IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MARK ANTHONY FOUNTAIN,** **# K8577** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 1:17cv73-HSO-JCG** |
| **CALVIN TAYLOR** | **DEFENDANT** |

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Court's Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 12th day of September, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE